## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jose Maclovio GARNICA,<br><br>Defendant. | Magistrate Case No. '21 MJ02015<br><br>COMPLAINT FOR VIOLATION OF<br>Title 8 U.S.C. Section 1324(a)(2)(B)(iii)-<br>Bringing in Unlawful Alien(s) Without Presentation |

The undersigned complainant being duly sworn states:

On or about May 19, 2021, within the Southern District of California, Defendant, Jose Maclovio GARNICA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that said aliens, namely, Maranely GONZALEZ-Vazquez and Christian ROBLES-Diaz, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference

SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on May 20th, 2021.

HON. KAREN S. CRAWFORD
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Maranely GONZALEZ-Vazquez and Christian ROBLES-Diaz, are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material, that it is impractical to secure their attendance at trial by subpoena and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On May 19, 2021, at approximately 3:32 A.M., Jose Maclovio GARNICA (Defendant), a United States Citizen, made application for admission to the United States from Mexico at the San Ysidro, California Port of Entry as the driver and sole visible occupant of a Kia Sportage LX. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented his California Driver License as his entry document and said he was going to San Diego, California. The CBP Officer obtained a negative CBP declaration from Defendant and conducted a cursory inspection of the vehicle. The CBP Officer had observed that the photo on Defendant's license did not match his appearance in person. The CBP Officer also noticed that the back of Defendant's vehicle was riding very low, to the point that the vehicle frame was touching the tires. The CBP Officer asked Defendant to open his trunk and upon opening the cover to the spare tire well compartment, the CBP Officer observed two people concealed within. Defendant was secured and escorted to secondary inspection along with the vehicle.

In secondary, CBP Officers assisted and removed two individuals out of the vehicle. The individuals were later identified as Maranely GONZALEZ-Vazquez (MW1) and Christian ROBLES-Diaz (MW2), determined to be citizens of Mexico without documents to enter the United States and are now held as Material Witnesses.

During a video-recorded interview, MW1 stated she is a citizen of Mexico without lawful documents to enter or reside in the United States. MW1 explained that she made all the smuggling arrangements. MW stated her boyfriend was going to pay a total of $17,000 US dollars to have her smuggled. MW1 stated she was going to San Diego, California.

1

During a video-recorded interview, MW2 stated he is a citizen of Mexico without lawful documents to enter or reside in the United States. MW2 stated his uncle made all the smuggling arrangements. MW2 stated his uncle was going to pay $18,000 US dollars to have him smuggled. MW2 stated he was going to San Francisco, California.